IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE J. ADKISON, | No. CIV S-11-1533-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 11, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to submit service documents to the United States Marshal. Plaintiff responded on August 16, 2011, indicating that he had submitted the required documents and a review of the docket reflects that defendant has been served and has appeared in the action. The order to show cause is, therefore, discharged.

      IT IS SO ORDERED.

DATED: December 23, 2011

                                                                       **CRAIG M. KELLISON**
                                                                        UNITED STATES MAGISTRATE JUDGE